UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

v.

        ORDER ADOPTING
        REPORT AND RECOMMENDATION

Ryan Devin Ravensborg,

        Defendant.        Crim. No. 13-194 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 26] is **DENIED**.


DATED: October 8, 2013        s/Michael J. Davis
At Minneapolis, Minnesota        Michael J. Davis, Chief Judge
        United States District Court